\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LOGGED \_\_\_\_ RECEIVED

FEB 2 3 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOMODU BONDEVA KENTON GONDO,<br>a/k/a "GMoney" and "Mike,"<br><br>EVODIO CALLES HENDRIX,<br><br>DANIEL THOMAS HERSL,<br><br>WAYNE EARL JENKINS,<br><br>JEMELL LAMAR RAYAM,<br><br>MARCUS ROOSEVELT TAYLOR, and<br><br>MAURICE KILPATRICK WARD,<br><br>Defendants. | **UNDER SEAL**<br><br>Criminal No. 17-0106 |

## MOTION TO SEAL INDICTMENT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, Leo J. Wise and Derek E. Hines, Assistant United States Attorneys for said District, move this Honorable Court to order and direct that this Indictment, the attending arrest warrants, and this motion be **SEALED**, until the defendants have been arrested and until further order of this Court.

The defendants have not yet been arrested, and all evidence of the crime has not been identified and located. Premature disclosure of the Indictment might cause the defendants to flee and/or conceal evidence of the offenses.

**WHEREFORE**, the government requests that this Motion, the Order, the Indictment, the arrest warrants and all other documents filed in this action be **sealed** until further order of the Court, and that three (3) copies of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully Submitted,

Rod J. Rosenstein
United States Attorney

Leo J. Wise
Derek E. Hines
Assistant United States Attorneys