IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOMODU BONDEVA KENTON GONDO,<br>    a/k/a "GMoney" and "Mike,"<br>EVODIO CALLES HENDRIX,<br>DANIEL THOMAS HERSL,<br>WAYNE EARL JENKINS,<br>JEMELL LAMAR RAYAM,<br>MARCUS ROOSEVELT TAYLOR, and<br>MAURICE KILPATRICK WARD,<br><br>        Defendants. | Criminal No.   JKB-17-0106 |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, Leo J. Wise and Derek E. Hines, Assistant United States Attorneys for said District, move this Honorable Court to order and direct that this Indictment be unsealed as the defendants have been arrested and will need to be apprised of the charges against them.

Accordingly, the United States of America requests that the Court enter an Order unsealing the Indictment set forth herein.

Respectfully Submitted,

Rod J. Rosenstein
United States Attorney

_/s/_
Leo J. Wise
Derek E. Hines
Assistant United States Attorneys