IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOMODU BONDEVA KENTON GONDO,<br>    a/k/a "GMoney" and "Mike,"<br>EVODIO CALLES HENDRIX,<br>DANIEL THOMAS HERSL,<br>WAYNE EARL JENKINS,<br>JEMELL LAMAR RAYAM,<br>MARCUS ROOSEVELT TAYLOR, and<br>MAURICE KILPATRICK WARD,<br><br>          Defendants. | UNDER SEAL<br><br>Criminal No. JKB-17-0106 |

ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, it is this 1st day of March, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

The Indictment filed herein shall no longer be maintained under seal.

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge