AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 MAR -2 AM 11:00
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB 23 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 17-0106 |
| JEMELL LAMAR RAYAM | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JEMELL LAMAR RAYAM
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy, 18 U.S.C. § 1962(d)
RICO, 18 U.S.C. § 1962(c)
Aiding and Abetting, 18 U.S.C. § 2

Date:  2-23-17

*Issuing officer's signature*

City and state:   Baltimore, Maryland          Beth P. Gesner, United States Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/1/17, and the person was arrested on *(date)* 3/1/17
at *(city and state)* Baltimore, MD.

Date: 3/1/17

*Arresting officer's signature*

Special Agent Robert E Guynn
*Printed name and title*