FILED
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2017 MAR -2  AM 12: 00

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | BY_____ DEP Case No.   JKB-17-0106 |
| **JEMELL LAMAR RAYAM** | * |

\* \* \* \* \* \*

## CONTRIBUTION ORDER

Although counsel has been appointed to represent the Defendant, it appears to the United States Magistrate Judge the Defendant may have sufficient resources to contribute financially toward the payment of counsel fees.

It is therefore required that court-appointed counsel as well as counsel for the government bring this matter to the attention of the judicial officer at the time of conviction or acquittal. The judicial officer may request the Probation Department investigate the Defendant's financial resources and recommend whether the Defendant should be required to pay any sum as a result of services rendered by court-appointed counsel pursuant to the provisions of 18 U.S.C. § 3006A(f).

_March 1, 2017_____
Date

_____
J. Mark Coulson  Stephanie A. Gallagher
United States Magistrate Judge