IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. JKB-17-0106 |
| **DANIEL THOMAS HERSL** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Now pending before the Court is the DEFENDANT HERSL'S MOTION FOR REVIEW OF DETENTION ORDER (ECF No. 70). Pursuant to 18 U.S.C. § 3145(b), the Court conducted a *de novo* hearing and therein reviewed the ORDER OF DETENTION (ECF No. 60) previously entered by Magistrate Judge Stephanie A. Gallagher of this Court. For the reasons stated on the record in open court at the conclusion of the review hearing, the Court AFFIRMS the findings and legal conclusions and ultimately the ruling of the Magistrate Judge. The Court adopts those as its own. Further, for the additional reasons stated on the record in open court, and noting that this is a *de novo* proceeding, the Court on its own motion finds that the Defendant is a flight risk. The Defendant should be detained on that basis *in addition to* the grounds that the Defendant poses a danger and that his release would pose a serious risk that he would attempt to obstruct justice or threaten or intimidate prospective witnesses. As noted on the record in open court, and for purposes of this proceeding only, the Court finds that the Defendant is not trustworthy, and any release order, regardless of the conditions specified, is to a greater or lesser extent entered on the basis that the Defendant can be trusted. On the record before the Court, such a finding cannot be made.

Accordingly, the MOTION FOR REVIEW OF DETENTION ORDER (ECF No. 70) is/was GRANTED as the requested review has been conducted.  IT IS FURTHER ORDERED that the Defendant be DETAINED, pending trial, pursuant to 18 U.S.C. § 3142.

DATED this 7th day of March, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge