IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:17-CR-00106-JKB |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES K. BREDAR |
| | ) | |
| vs. | ) | **MOTION REQUESTING** |
| | ) | **NOTICE OF GOVERNMENT'S** |
| EVODIO CALLES HENDRIX, | ) | **INTENTION TO USE EVIDENCE** |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, Evodio Calles Hendrix, by and through his counsel, and moves this Honorable Court to require the Government to provide him with written notice of its intention to use in its case in chief in trial, <u>specific</u> evidence to which the Defendant has been entitled pursuant to discovery under Rule 16 of the Federal Rules of Criminal Procedure.

This motion is made pursuant to the provisions of Rule 12(d)(2) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

/s/ Harvey B. Bruner_____
HARVEY BRUNER, 00004829
HARVEY B. BRUNER CO., LPA
700 W. St. Clair Ave., #110
Cleveland, Ohio 44113
(216) 566-9477
(216) 566-9966 FAX
harvey@harveybruner.com
Attorney for Defendant,
Evodio Calles Hendrix

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Production of Favorable Evidence has been forwarded to the following via this Court's electronic filing system, on this 9th day of March, 2017:

Leo Joseph Wise
Assistant U.S. Attorney
36 S. Charles St., 4th Fl.
Baltimore, OH 21201

                                          /s/ Harvey B. Bruner
                                          HARVEY BRUNER, 00004829
                                          HARVEY B. BRUNER CO., LPA
                                          Attorney for Defendant,
                                          Evodio Calles Hendrix