IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:17-CR-00106-JKB |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES K. BREDAR |
| | ) | |
| vs. | ) | **MOTION FOR PRODUCTION** |
| | ) | **OF FAVORABLE EVIDENCE** |
| EVODIO CALLES HENDRIX, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes Defendant, Evodio Calles Hendrix, by and through his counsel, and moves this Honorable Court for the production of exculpatory materials pursuant to the mandate of Brady v. Maryland, 373 U.S. 83, 10 L.Ed.2d 215 (1963), as follows:

1. The name and address of every person whom the government has interviewed in connection with this case, but whom it does not intend to call as a witness at trial.

2. Every written statement or transcript, recording, summary, or notes of oral statements given by any person described in one above.

3. Material of any kind whatsoever bearing upon the guilt or innocence of the Defendant or upon the credibility of any witness or the reliability of and tangible evidence.

4. State whether any payment or grant or promise of immunity or any other favorable consideration, direct or indirect, has been made to any witness or other person in connection with the investigation or prosecution of this case.

5.      If the answer to four above is in the affirmative, Defendant requests the name, address, and telephone number of each person who received or benefited from such payment, grant or promise, and to be permitted to inspect and copy every document or paper in the possession of the government which authorizes, approves, implements, or evidences such payment, promise or grant.

Respectfully submitted,

/s/ Harvey B. Bruner_____
HARVEY BRUNER, 00004829
HARVEY B. BRUNER CO., LPA
700 W. St. Clair Ave., #110
Cleveland, Ohio 44113
(216) 566-9477
(216) 566-9966 FAX
harvey@harveybruner.com
Attorney for Defendant,
Evodio Calles Hendrix

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Production of Favorable Evidence has been forwarded to the following via this Court's electronic filing system, on this 9th day of March, 2017:

Leo Joseph Wise
Assistant U.S. Attorney
36 S. Charles St., 4th Fl.
Baltimore, OH 21201

/s/ Harvey B. Bruner_____
HARVEY BRUNER, 00004829
HARVEY B. BRUNER CO., LPA
Attorney for Defendant,
Evodio Calles Hendrix