IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. CCB 17-00106** |
| | : | |
| **WAYNE EARL JENKINS** | : | |
| | : | |

...oOo...

## MOTION TO SEAL

Defendant Wayne Earl Jenkins, by undersigned counsel, hereby files this Motion to Seal for the following reason:

Defendant's motion to dismiss references matters of a sensitive nature. Sealing the motion and exhibit will maintain the confidentiality of those matters.

**WHEREFORE**, Defendant respectfully requests the Court grant his Motion to Seal.

Respectfully submitted,

___/s/_____
Steven H. Levin (Federal Bar No. 28750)
LEVIN & CURLETT LLC
300 East Lombard Street
Suite 1510
Baltimore, Maryland 21202
(410) 685-4444