IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *    CRIMINAL NO. CCB-17-00106-6 |
| MARCUS TAYLOR ROOSEVELT, | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*

## MOTION TO FILE UNDER SEAL

Now comes the United States of America, by and through its undersigned counsel, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Patrick G. Selwood and Leo J. Wise, Assistant United States Attorneys for said District, and respectfully moves this Court to order that the Government's *attached* "Victim Information Sheet" be **SEALED** in order to protect personal identifying information of the victims in this case.

Date: July 19, 2021

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

*/s/ Patrick G. Selwood*
Patrick G. Selwood
Leo J. Wise
Assistant United States Attorneys

*Counsel for the United States of America*

ORDERED as prayed this____day of July, 2021.

_____
The Honorable Catherine C. Blake
United States District Judge