## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. GLR-17-106** |
| **MARCUS TAYLOR,** | |
| **Defendant** | |

### ORDER

Upon consideration of the Defendant's *Correspondence re: Audio or Video Files, see* ECF

No. 782, the Government's *Response in Opposition, see* ECF No. 786, the record in this case, and

for other good cause shown, it is this _____17th_____ day of _____October_____, 2023

hereby **ORDERED** that the requests set forth in Defendant's *Correspondence* are **DENIED**. The

Clerk of Court is instructed to mail a copy of this signed order to the Defendant.

The Honorable George L. Russell, III
United States District Court of Maryland