IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.: GLR-17-0106-3 |
| | * | |
| DANIEL HERSL | * | |
| | * | |

*******

## ORDER SETTING GOVERNMENT'S RESPONSE TIME

Upon consideration of the Petitioner's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), and request to shorten government's response time to the motion, it is this 18th day of October 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. Due to the medical emergency as set out in Petitioner Daniel Hersl's Emergency Motion for Compassionate Release it is Ordered that the government's response to this motion is due on or before Tuesday November 1, 2023. ~~October 24, 2023.~~

_____
Hon. George L. Russell, III
United States District Court Judge