**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA          *
                                  *
v.                                *          Criminal Case No 1:17-cr-00106-GLR-6
                                  *
MARCUS ROOSEVELT TAYLOR           *
                                  *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

I have considered Taylor's Motion for the Court's Clerk to Correct a Possible Clerical Error,

ECF 709.  The Motion is DENIED.  The testimony Taylor is requesting to be filed was docketed on

August 17, 2018, and is available at ECF 468, pages 96-133.  The Clerk shall mail a copy of this

order to Marcus Taylor.

SO ORDERED this 18th day of October, 2023.


                    /s/
                    Stephanie A. Gallagher
                    United States District Judge

1