IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. GLR-17-106 |
| WAYNE EARL JENKINS<br>MAURICE KILPATRICK WARD | : |

## ORDER

A review of the docket in this case reveals that there are three outstanding motions related to restitution orders and or requests for compassionate release for the above captioned Defendants. ECF Nos. 507, 751, and 770. A government response does not appear on the docket for these motions. As a result the government shall file a response to the above referenced pleadings on or before December 18, 2023.

The two referenced Defendants may file a reply within 30 days thereafter. Failure to respond may result in this Court issuing an order vacating the relevant restitution orders or other relief as the Court deems appropriate.

IT IS SO ORDERED this 19th day of October 2023.

_____
The Honorable George L. Russell, III
United States District Judge