IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. GLR-17-0106 |
| WAYNE EARL JENKINS | : |

### AMENDED ORDER

A review of the docket in this case reveals that there are two outstanding motions related to restitution orders and or requests for compassionate release for the above captioned Defendant. ECF Nos. 768 and 770. A government response to the motions does not appear on the docket. As a result, the government shall file a response to the above referenced pleadings on or before December 18, 2023.

The Defendant may file a reply within 30 days thereafter. Failure to respond may result in this Court issuing an order vacating the relevant restitution order or other relief as the Court deems appropriate.

IT IS SO ORDERED this 25th day of October 2023. [1]

_____
The Honorable George L. Russell, III
United States District Judge

---

[1] Pevious scheduling Order ECF No. 794 is rescinded.