IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. GLR-17-106 |
| MARCUS TAYLOR, | |
| Defendant | |

### ORDER

Upon consideration of the Motions for Extension of Time, the schedule for filing the supplemental briefing in response to ECF 788, is as follows:

Government's deadline:     November 3, 2023

Mr. Taylor's reply:     November 17, 2023

Date: October 31, 2023

/s/
The Honorable Stephanie A. Gallagher
Unites States District Judge