# PURPURA & PURPURA
## ATTORNEYS AT LAW

**William B. Purpura***
wpurpura@purpuralaw.com
* Admitted in MD, CA &
  US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

*THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

November 20, 2023

The Honorable George L. Russell, III
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland, 21201

      Re:    <u>United States v. Daniel Hersl</u>
               Criminal No. GLR-17-106
               Status update Compassionate Release Motion

Dear Judge Russell:

On October 17, 2023, counsel on behalf of Mr. Hersl filed an emergency Motion for Compassionate Release (ECF 790), and the Government filed a Response in Opposition on November 1, 2023 (ECF 801). A Reply to the Government's Response was filed on November 6, 2023 (ECF 805). In that Reply, a hearing on the motion was requested. Unless the Court considers that a hearing is necessary, counsel will respectfully <u>withdraw that request</u>.

The metastatic prostate cancer continues to ravage Mr. Hersl's body. I can only offer to the Court Mr. Hersl's own observations in two recent emails.

November 15, 2023:

"…Bill. My tailbone and ribs are in constant pain and my reaction time and body movements are really slowing down. Also[,] now I have told the Doctor that my neck and throat are giving me some troubles. If U recall the cancer has spread to the lymph nodes in my neck. The Doctor told me that he would try to see me next week. Bill[,] I keep getting up in the morning and pushing myself and my body to keep working and moving but I'm truly running out of steam. When I lay in bed at nite[sic] my body trembles so violently and my heart races so fast

1

that I wonder if I will even awake in the morning. Bill[,] I'm scared. I hope I can at least make the trip home to spend time with my son & family before my days are done."

    November 18, 2023 (10:05 p.m.)

    "Bill[,] I can feel my body declining everyday[sic]. I'm so tired and now I can sense the cancer up in my neck/throat lymph nodes starting to attack and it's painful & bothersome to swallow. I'm also spitting up a lot of phlegm."

                          Respectfully,

                           /s/

                          William B. Purpura