IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Case No 1:17-cr-00106-GLR-6 |
| | * | |
| MARCUS ROOSEVELT TAYLOR | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

It is, this 21st day of November, 2023, ORDERED that:

1) Defendant's motions for release on bond, ECF 614 and ECF 640, are DENIED as this Court finds no basis supporting release on bond while Defendant's pending motions are adjudicated;

2) Counsel will be appointed for purpose of consolidating Defendant's various filings into a single amended § 2255 motion and participating in an evidentiary hearing on the § 2255 motion, if this Court deems one necessary;

3) Defendant's earlier motions to appoint counsel, ECF 603 and 758, are DENIED AS MOOT;

4) Defendant's motion for an order permitting him to have the discovery in prison, ECF 533, is DENIED; and

5) Defendant's motion for clarification of charges for the BOP, ECF 664, is DENIED because such matters are within the purview of the Bureau of Prisons.

/s/
Stephanie A. Gallagher
United States District Judge