## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>MDD_SAGchambers@mdd.uscourts.gov |

December 15, 2023

LETTER ORDER

    Re:  <u>Daniel Hersl v. U.S.A.</u>
          Criminal Case No. GLR-17-0106
          (Related Civil Case No. SAG- 20-3213)

Dear Counsel:

    This will confirm the results of today's conference call. The following schedule has been set:

| | |
|---|---|
| Consolidated Motion to Vacate under 28 U.S.C. § 2255 and possible Rule 33 Motion due: | April 23, 2024 |
| Opposition due: | 30 days after filing |
| Reply due: | 21 days |

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                        Sincerely yours,

                        /s/

                        Stephanie A. Gallagher
                        United States District Judge