IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:17-cr-00106-GLR |
| | : | |
| **WAYNE EARL JENKINS** | : | |
| | : | |

**ENTRY OF APPEARANCE**

Please ENTER the appearance of Special Assistant United States Attorney Tracy Suhr as counsel for the United States of America in the instant action.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
District of Columbia

PETER S. SMITH
Chief, Special Proceedings Division
United States Attorney's Office
  for the District of Columbia

  _/s/ Tracy Suhr_
TRACY SUHR
Special Assistant United States Attorney
  Acting Under Authority Conferred by 28 U.S.C. § 515
Special Proceedings Division
United States Attorney's Office
  for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6898
Tracy.Suhr@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 18th day of December 2023, I caused a copy of the foregoing notice to be served via first class mail, postage prepaid, on:

Wayne Earl Jenkins
Fed. Reg. No. 62928-037
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

             __/s/ Tracy Suhr_____
             TRACY SUHR
             Special Assistant United States Attorney