UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *    Case No. CCB 17-106 |
| v. | * |
| | * |
| WAYNE E. JENKINS | * |

* * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

Steven H. Levin respectfully moves this Honorable Court for permission to withdraw as counsel for defendant. This request is based upon a conflict that has arisen that impacts counsel's ability to represent Mr. Jenkins.

WHEREFORE, it is respectfully requested that this Honorable Court allow undersigned counsel to withdraw as counsel for Wayne E. Jenkins.

Respectfully Submitted,

APPROVED this 8th day January 2024

_____
Honorable George L. Russell, III
United States District Judge

/s/
_____
Steven H. Levin (Bar No. 28750)
Rosenberg Martin Greenberg LLP
25 S. Charles Street, 21st Floor
Baltimore, MD 21201
410.685.0078