IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DANIEL THOMAS HERSL** | * | |
| | * | Crim. No.   GLR-17-106 |
| v. | * | Civ. No.   SAG-20-3213 |
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |

### NOTICE OF DISMISSAL OF 28 U.S.C. § 2255 MOTION

Petitioner, Daniel Thomas Hersl, through undersigned counsel, Christopher Madiou, Esq. hereby dismisses under Fed. R. Civ. P. 41(a)(1) his previously filed *pro se* motions pursuant to 28 U.S.C. § 2255, ECF Nos. 615, 638, 645, 652, 656, and 662.

I have reviewed Mr. Hersl's *pro se* motions as well the record in this case. I have also had extensive communications with Mr. Hersl, his trial counsel, and engaged in extensive legal research of the issues raised in Mr. Hersl's *pro se* motions. After a full opportunity to consult with undersigned counsel, Mr. Hersl has authorized me orally and in writing to dismiss his pending *pro se* motions. *See* Ex. A.

Respectfully submitted,

Christopher Madiou, Esq.
*Counsel for Daniel Hersl*

**APPROVED** this 18th day of April, 2024, and the Clerk is DIRECTED to CLOSE this case.

_____/s/_____
Stephanie A. Gallagher
United States District Judge