**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>MDD_SAGchambers@mdd.uscourts.gov |

April 18, 2024

LETTER ORDER

Christopher Madiou, Esq.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

      Re:  Daniel Hersl v. U.S.A.
           Criminal Case No. GLR-17-0106
           (Related Civil Case Nos. SAG- 20-3213 and SAG-21-1747)

Dear Counsel:

      The Court has reviewed the Notice of Dismissal of 28 U.S.C. § 2255 Motion, ECF 835. The Notice is captioned Civil Case No. SAG-20-3213 and references ECF Nos. 615, 638, 645, 652, 656, and 662.  Although Mr. Hersl indicates that he has authorized counsel to dismiss his pending pro se motions (plural) it is not clear whether it is Mr. Hersl's intention to also dismiss his second § 2255 motion, Civil Case No. SAG 21-1747, ECF 685.  Therefore, I would ask that counsel please confirm the cases that Mr. Hersl wishes to dismiss.

      Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

      Sincerely yours,

      /s/

      Stephanie A. Gallagher
      United States District Judge

cc: Daniel Hersl  #62926-037
    MCFP Springfield
    Federal Medical Center
    P.O. Box 4000
    Springfield, MO  65801