IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v | | Case Nos. GLR-17-0106 |
| | * | GLR-17-0638 |
| WAYNE EARL JENKINS | | |
| | * | |

\*\*\*\*\*\*\*\*

## ORDER

Pending before the Court are two motions filed by Wayne Earl Jenkins a self represented Defendant seeking relief pursuant to 18 U.S.C. § 3582 and discovery under Rule Sixteen. ECF No. 40. The motions are ripe for disposition. No hearing is necessary. As to the Defendant's Motion for Relief pursuant to 18 U.S.C. § 3582 the Defendant has withdrawn the motion as a result it will be DENIED as moot. As to the second request to obtain discovery in Case No. 17-cr-00638 the government has provided the information he requests and as a result it will be DENIED as moot.[1]

The Clerk is directed to provide a copy of this Order to the Defendant's address on record.

Dated: June 25, 2024

George L. Russell III
United States District Judge

---

[1] Defendant seeks additional information from the government regarding the lead prosecutor based upon newspaper articles or other information received which appears to give rise to alleged disqualification of the prosecutor from the case. The Defendant is not entitled to such information and as a result his clarified request will be DENIED.

1