IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * |
| MARCUS TAYLOR | *   No. 1:17-cr-106-006 |
| | * |
| | * |
| Defendant. | * |
| | * |
| | ****** |

## ENTRY OF APPEARANCE

CLERK OF THE COURT:

Please enter the appearance of Assistant U.S. Attorney Jared M. Beim in this case as counsel of record for the United States of America.

Respectfully submitted,

Erek L. Barron
United States Attorney


_____/s/_____
Jared Beim
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
(667) 434-4512