IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Criminal Case No. GLR-17-0106 |
| DANIEL THOMAS HERSL | * |
| | * |
| Defendant | * |

\* \* \*

## **ORDER**

As a result of recent filings the Court initiated a request to the U.S. Medical Center for Federal Prisoners Springfield, Missouri for an update on the Defendant's medical condition. The parties and the Court have recently received a progress note.

The Defendant will have 14 days to file a supplemental brief as a result of the progress note. The Government will have 7 days to file a reply.

/s/
_____

Dated: 09/05/2024

George L. Russell, III
United States District Chief Judge