IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. GLR-17-106 |
| MARCUS ROOSEVELT TAYLOR, | : |
| Defendant. | : |

## NOTICE

On March 28, 2025, the Court docketed a pro se motion for compassionate release filed by Mr. Taylor. The Office of the Federal Public Defender will not be supplementing Mr. Taylor's pro se motion or asking for appointment of counsel in this matter.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District of Maryland

_____/s/_____
SAPNA MIRCHANDANI
Assistant Federal Public Defender
Office of the Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: Sapna_Mirchandani@fd.org