**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

May 12, 2025

LETTER TO COUNSEL

Re:   United States v. Marcus Roosevelt Taylor
       Criminal Case No. SAG-17-0106

Dear Counsel:

On March 28, 2025, Taylor filed a Motion for Compassionate Release, ECF 917. The government shall be required to file an answer to the motion within 21 days from the date of this letter.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge