THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

Crim. Case Nos.: GLR-17-0106
GLR-17-0638

WAYNE EARL JENKINS

* * * * * * * * * * * * *

## ORDER

Pending before the Court is Defendant Wayne Earl Jenkin's Motion to Compel the government to provide certain discovery materials Case No. 17-638 ECF No. 53/Case No. 17-106 ECF No. 880. The motion is fully ripe for disposition. No hearing is necessary.

For reasons stated in the government's opposition the defendant has failed to show a good cause for the Court to order the government to provide the requested materials. As a result, the Defendant's motion will be DENIED.

Dated: September 15, 2025

_____
The Honorable George L. Russell, III
United States District Chief Judge