Upon review of Defendant's Motion to Seal and for the reasons stated therein which are hereby incorporated by reference, the motion is **GRANTED.** The Motion to Compel and Motion to Vacate, Set Aside, or Correct Sentence filed contemporaneously with Defendant's Motion to Seal are hereby ordered **SEALED** this 5th day of May 2026.

_____

George L. Russell, III

U.S. District Chief Judge

FILED _____ ENTERED

_____ LOGGED 525 RECEIVED

MAY 1 2026

AT BALTIMORE

CLERK, U.S. DISTRICT COURT

DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )    Case Nos. 1:17-cr-00106-GLR
                                )              1:17-cr-00638-GLR
WAYNE EARL JENKINS,             )
                                )
        Defendant.              )

## DEFENDANT'S MOTION TO SEAL

Comes now the Defendant, Wayne E. Jenkins ("Defendant" or "Jenkins"), pro se, and respectfully motions this Court to seal, pursuant to the Rules of Civil Procedure and this Circuit's case-law, the accompanying motions under 28 U.S.C. § 2255 and a Motion to Compel Specific Performance.

In support of this particular motion, Defendant states the following:

### A.  Brief Background

As this Court is no doubt aware, the background surrounding this defendant (and six others) is well known to the Maryland community.  Be that as it may, Jenkins was indicted and pled guilty, on January 5, 2018, to numerous counts of criminal activity related to police corruption.

Almost immediately to pleading guilty, the United States sought assistance from Jenkins on a myriad of activity of many