**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | **Criminal Docket Nos.: GLR-17-0106** |
| | | **GLR-17-0638** |
| WAYNE EARL JENKINS, | * | |
| Defendant. | * | |
| | *** | |

## ORDER

A Motion to Compel Specific Performance was received by the Clerk of Court for filing on May 1, 2026. (ECF No. 952 in GLR-17-0106; ECF No. 69 in GLR-17-0638). The Government shall file a response to the Motion to Compel. Accordingly, it is this __5th__ day of May 2026, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Government **SHALL RESPOND** to the Motion to Compel on or before Wednesday, June 3, 2026; and,

2. Defendant **MAY FILE ANY REPLY** to the Government's response on or before Monday, July 6, 2026; and,

3. The Government's response and any Defense reply **SHALL BE DOCKETED** electronically in the criminal cases noted above; and,

4. Defendant **SHALL NOTIFY** the Court and the Government of any change of address; and,

5. The Clerk **SHALL PROVIDE** a copy of this Order to Defendant and **SHALL PROVIDE** both a copy of this Order and a copy of Defendant's Motion to Compel to the United States Attorney's Office.

_____
George L. Russell, III
United States District Chief Judge